IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **VERNON HOOT, SR.**, *et al.* | : | Case No.:  3:09cv00330 |
| Plaintiffs, | : | |
| | | Judge James G. Carr |
| v. | : | |
| **AMERICAN HONDA FINANCE** | : | **SECOND AMENDED COMPLAINT** |
| **CORPORATION**, *et al.* | | **Jury Demand Endorsed Herein** |
| | : | |
| And | | |
| | : | |
| **LEXISNEXIS RISK & INFORMATION** | | |
| **ANALYTICS GROUP INC**. | : | |
| 100 South Fifth Street Suite, 300, | | |
| Minneapolis, MN 55402 | : | |
| | | |
| c/o CT Corporation System | : | |
| Main Office 100 South Fifth Street, | | |
| Suite 1075 | : | |
| Minneapolis MN 55402 | | |
| Defendants. | | |

# INTRODUCTION

This is an action brought by Plaintiffs Vernon E. Hoot, Sr. and Lora L. Hoot (hereinafter "Plaintiffs" or "Hoots"), individual consumers, for violations of the Fair Credit Reporting Act at 15 U.S.C. §1681 (hereinafter "FCRA" or "§1681") against American Honda Finance Corporation, and Experian Information Solutions, Inc., for actual damages, statutory damages, punitive damages, costs, and attorney fees.

This is also an action arising in Ohio common law tort against American Honda Finance Corporation for breach of contract, fraud, defamation, intentional infliction of emotional distress and invasion of privacy and against LexisNexis Risk and Information Analytics Group, Inc. for defamation and invasion of privacy.

## PARTIES

1.      Plaintiffs, Vernon E. Hoot, Sr. and Lora L. Hoot, are natural persons, who reside at 3561 Truman Road, #16, Perrysburg, Ohio 43551.  They are consumers within the meaning of 15 U.S.C. §§1681a(c).

2.      Defendant American Honda Finance Corporation (hereinafter "A.H.F.") is a corporation which maintains its corporate headquarters at P. O. Box 5308, Elgin, Illinois, 60121. A.H.F. is a furnisher of consumer information as defined under the FCRA 15 U.S.C. §§1681.

3.      Experian Information Solutions, Inc. ("Experian") is a corporation incorporated under the laws of the State of Georgia authorized to do business in the State of Ohio through its registered offices in Cleveland, Ohio.

4.      Experian is a "consumer reporting agency," as defined in 15 U.S.C §1681(f).

5.      LexisNexis  Risk  and  Information  Anylitics  Group,  Inc.  (hereinafter "LexisNexis") is a corporation located at 100 South Fifth Street Suite, 300, Minneapolis, MN 55402.

## FACTUAL ALLEGATIONS

6.      On or about August 31, 2005, Plaintiffs purchased a 2005 Honda Civic from a Honda dealer, Victory Honda in Monroe, Michigan, who is affiliated with the defendant A.H.F. This purchase was financed by defendant A.H.F.

7.     Plaintiffs entered into a Motor Vehicle Retail Installment Contract with A.H.F. on August 31, 2005.  The terms of the contract included an annual percentage rate of 6.6%, for 72 payments at $274.30 each, beginning on September 30, 2005.  (Exhibit 1).

8.     On or about April 24, 2006, LexisNexis sent A.H.F. a document indicating that Vernon Hoot had filed for bankruptcy through the Bankco product line.

9.     LexisNexis knew that Vernon Hoot Jr. filed for bankruptcy and failed to indicate this information on the document sent to A.H.F.

10.    All pleadings of the bankruptcy court clearly indicate that the bankruptcy was filed by Vernon Hoot Jr.

11.    On or about May 1, 2006, defendant A.H.F. failed to provide Plaintiffs with a monthly statement of the account as was usual and customary.

12.    A.H.F. assigned monthly late fees on the Plaintiffs' account of $13.72 because they did not receive a payment in May, 2006. (Exhibit 2).

13.    A.H.F. continued to fail to send monthly billing statements to Plaintiffs.

14.    After repeated unsuccessful attempts to rectify the problem, Plaintiffs continued to duly make payments by check in accord with the prior payment schedule, all of which were accepted by A.H.F. and cashed but said amounts were not properly credited to the Plaintiffs' account.  As a result, Plaintiffs' account accrued late charges and other charges, including interest. (Exhibit 3).

15.    On September 21, 2006, A.H.F. filed a Proof of Claim for the Plaintiffs car loan in the United States Bankruptcy Court in the bankruptcy of a third party.

16.    The Proof of Claim alleged that Plaintiffs were delinquent in their account.

17.    Plaintiffs had been making regular and timely payments which were accepted by A.H.F. over the course of their loan.

18.    A.H.F. erroneously stopped sending them monthly billing statements.

19.    Plaintiffs made repeated telephone calls to A.H.F. in an attempt to rectify the situation.

20.    Plaintiffs missed one payment in May of 2006.

21.    Plaintiffs were not notified by A.H.F. that they missed this payment.

22.    Plaintiffs made all reasonable efforts to stay current on their loan.

23.    A.H.F. failed to communicate with Plaintiffs by sending them accurate monthly billing statements or informing them that they had missed one payment as a result of A.H.F.'s unilateral end to the monthly billing.

24.    This claim was filed in the case of another debtor, Vernon E. Hoot, Jr. (son of Vernon E. Hoot, Sr.) and Connie Hoot and was assigned Case No. 06-30855.

25.    On November 27, 2006, the debtors in Bankruptcy Court, Vernon Jr. and Connie Hoot, by and through their attorney, Thomas French, notified the Bankruptcy Court of the erroneous filing by way of an "Objection to Proof of Claim" filed by American Honda Finance Corporation, Claim No. 22.  On March 6, 2007, a judgment entry from the Bankruptcy Judge, ordered that American Honda Finance's claim was disallowed.

26.    Despite this notice to defendant, A.H.F. continued to furnish false information and the credit reporting agencies continued to report erroneous negative credit references regarding Plaintiffs and the bankruptcy proceeding remained on their credit report record.

27.    A.H.F. knowingly furnished false and defamatory information about the Hoots to the credit reporting agencies. (Exhibit 4).

4

28.    A.H.F. purchased the Bankco product from LexisNexis which supplies public record information about individuals to companies.

29.    LexisNexis sent A.H.F. a document indicating that "Vernon Hoot" filed for bankruptcy in 2006.  The 2006 bankruptcy filing was filed by Vernon Hoot Jr.  The pleadings clearly indicated that the bankruptcy was filed by Vernon Hoot Jr.

30.    LexisNexis failed to indicate that the bankruptcy was filed by Vernon Hoot Jr.

31.    LexisNexis only indicated that the bankruptcy was filed by "Vernon Hoot".

32.    The information given to A.H.F. by LexisNexis caused A.H.F. to treat Vernon Hoot Sr. as though he had filed bankruptcy when in fact he had not.

33.    On March 22, 2007, the Plaintiffs were denied a home refinancing loan through their mortgage holder, Wells Fargo Financial Services, due to a bankruptcy entry on their credit report.  As a direct result of defendant A.H.F.'s actions, Plaintiffs are at risk of losing their home due to the disparagement of their credit.

34.    At all times relevant herein, Plaintiffs continued to attempt to contact the defendant A.H.F. to rectify the mistake, but were met with resistant and uncooperative staff employees.

35.    On May 21, 2007, Plaintiffs paid off their loan with A.H.F. and sent a check to A.H.F. for $13,147.99.  See Exhibit 2.

36.    On May 24, 2007 Plaintiffs were denied credit through Ed Schmidt Chevrolet due to an erroneous bankruptcy entry on their credit report which was furnished by A.H.F.

37.    A.H.F. continued to report this inaccurate information and has failed to conduct a reasonable investigation on the account.

38.     A.H.F. provided Plaintiffs no documentary evidence that (a) the May 2006 statement was delivered by A.H.F. at least 20 days before the end of the billing cycle for which the statement was required; or (b) that A.H.F. sent Plaintiffs periodic statements several months afterwards.

39.     The pay off balance Plaintiffs' paid on May 21, 2007 consisted of unlawful and unfounded late fees and finance charges on late fees.

40.     On April 7, 2008, Plaintiffs sent letters to the dispute departments of the three Credit Reporting Agencies, Experian, Equifax and Trans Union, regarding A.H.F. bankruptcy entry. A copy is attached as Exhibit 5.

41.     The Credit Reporting Agencies notified A.H.F. of the dispute.

42.     A.H.F. continued to furnish false information when it knew or should have known the information was false.

43.     Experian continued to report, inaccurately, that the Account is past due and did not conduct a reasonable investigation. (See Experian credit reports attached as Exhibit 4).

44.     Plaintiffs supplied sufficient information to the credit reporting agencies to show that the information being reported was false.

45.     On October 22, 2008, Plaintiffs sent a second letter to the dispute departments of the three Credit Reporting Agencies regarding A.H.F. bankruptcy entry. (Exhibit 6). The Plaintiffs have received no response.

46.     The credit reporting agencies failed to conduct a reasonable investigation and continued to report false information when they knew or should have known the information was false.

47.     Plaintiffs suffered severe anxiety due to the persistent and harassing phone calls, credit score decrease and other defaming and humiliating activities.

48.     Plaintiffs suffered humiliation and indignation as a direct and proximate result of the Defendant's misconduct in attempts to collect, report, or furnish false information about a debt that Plaintiffs did not owe.

49.     Plaintiffs suffered from insomnia/loss of sleep as a direct and proximate result of the defendants' misconduct.

50.     Plaintiffs suffered further emotion strain and distress, specifically related to a strain on their marital affairs.

### COUNT I
### FAIR CREDIT REPORTING ACT VIOLATIONS
### NEGLIGENT NON-COMPLIANCE
### AGAINST AMERICAN HONDA FINANCE CORPORATION

51.     The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

52.     On April 7, 2008, Plaintiffs sent the Credit Reporting Agencies a letter requesting a re-investigation and notifying them of the erroneous information being furnished regarding the Account.

53.     A.H.F. were notified of the dispute by the credit reporting agencies and failed to conduct a reasonable investigation.

54.     On October 22, 2008, Plaintiffs wrote again to the Credit Reporting Agencies and once again indicated the continued request for re-investigation and deletion of the inaccurate information being furnished to the Credit Reporting Agencies and reported by them.

55.     A.H.F. had reasonable cause to believe that the information on the Plaintiffs' periodic statement was incorrect and failed to implement reasonable procedures to correct or investigate the information.

56.     A.H.F. continued to report and furnish false information that they know or should have known is false and failed to conduct a reasonable re-investigation on the account.

57.     The Plaintiffs' FCRA claims against A.H.F. arise under 15 U.S.C. §1681s-2(b).

58.     A.H.F. negligently continued to report false information in an attempt to collect funds on charges that are not owed to them.

59.     A.H.F. knew or should have known that (a) the Plaintiffs did not receive a May, 2006 statement 20 days before the end of the billing period; (b) they did not send period statements to the Plaintiffs for several months after May, 2006; and (c) as of March 30, 2007, the Plaintiffs were disputing the charges on the Account.

60.     Although A.H.F. knew or should have known that the late fees charged to the Plaintiffs were billing errors, they nevertheless reported late payments by the Plaintiffs to Experian, Equifax, and Trans Union and then failed to correct them or report them as disputed.

61.     A.H.F. did not conduct a reasonable investigation regarding the late fees they were inaccurately reporting.

62.     After Plaintiffs notified A.H.F. of the errors, they failed to provide any documentation supporting their position that the imposition of late fees was proper, nor did they provide any documentation showing that they provided the Plaintiffs with periodic statements starting in May, 2006.

63.     A.H.F. reported to the credit reporting agencies that the Plaintiffs' account was part of a bankruptcy when A.H.F. knew or should have known that it was not.

8

64. Plaintiffs disputed this claim and A.H.F. failed to conduct a reasonable investigation and continued to report inaccurate information about the Plaintiffs, which caused substantial damage to their credit score.

65. The inaccurate information that provided to the Credit Reporting Agencies is a substantial factor in the deterioration of the Plaintiffs' credit score.

66. Plaintiffs' FCRA claims against A.H.F., the furnishers of consumer information, arise out of 28 U.S.C. §1681s-2(b).

## COUNT II
## FAIR CREDIT REPORTING ACT VIOLATIONS
## INTENTIONAL NONCOMPLIANCE
## AGAINST AMERICAN HONDA FINANCE CORPORATION

67. The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

68. A.H.F. knew the information on the Plaintiffs' periodic statement was incorrect and failed to implement reasonable procedures to correct or investigate the information.

69. A.H.F. continued to report and furnish false information that they knew was false and failed to conduct a reasonable re-investigation on the account.

70. A.H.F. intentionally continued to report false information in an attempt to collect funds on charges that are not owed to them.

71. A.H.F. knew or should have known that (a) the Plaintiffs did not receive a May, 2006 statement 20 days before the end of the billing period; (b) they did not send period statements to the Plaintiffs for several months after May, 2006; and (c) as of March 30, 2007, the Plaintiffs were disputing the charges on the Account.

72.     Although A.H.F. knew that the late fees charged to the Plaintiffs were billing errors, they nevertheless reported late payments by the Plaintiffs to Experian, Equifax and Trans Union and then failed to correct them or report them as disputed.

73.     A.H.F. reported to the credit reporting agencies that the Plaintiffs' account was part of a bankruptcy when A.H.F. knew that it was not.

74.     Plaintiffs disputed this claim and A.H.F. failed to conduct a reasonable investigation and continued to report inaccurate information about the Plaintiffs, which caused substantial damage to their credit score.

75.     A.H.F. intentionally failed conduct a reasonable investigation regarding the late fees they were inaccurately reporting in order to reap increased profits.

76.     After Plaintiffs notified A.H.F. of the errors, they failed to provide any documentation supporting their position that the imposition of late fees was proper, nor did they provide any documentation showing that they provided the Plaintiffs with periodic statements beginning in May, 2006.

77.     The inaccurate information that A.H.F. provided to the Credit Reporting Agencies is a substantial factor in the deterioration of the Plaintiffs' credit score.

## COUNT III
## FAIR CREDIT REPORTING ACT VIOLATIONS
## FAILURE TO ESTABLISH OR FOLLOW REASONABLE PROCEDURES TO ASSURE ACCURACY
## AGAINST EXPERIAN

78.     The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

79.     Experian violated 15 U.S.C. §1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiffs.

80.     As a result of this conduct, action, and inaction of Experian, the Plaintiffs are owed compensatory damages for the damages they suffered by loss of credit, increased cost of credit, the loss of the ability to purchase and benefit from credit, and the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

81.     Experian's negligent conduct resulted in the failure to establish and implement reasonable procedures to assure accuracy in violation of §1681n.

82.     Experian conduct, action and inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681o.

83.     The Plaintiffs are entitled to recover costs and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and/or §1681o.

84.     The inaccurate information that American Honda Finance provided to Experian is a substantial factor in the deterioration of the Plaintiffs' credit score.

### COUNT IV
### FAIR CREDIT REPORTING ACT VIOLATIONS
### ALL OTHER VIOLATIONS
### AGAINST EXPERIAN

85.     The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

86.     Experian violated 15 U.S.C. §1681i on multiple occasions including but limited to the following by:

a)      failing to delete inaccurate information in the Plaintiffs' credit file after receiving actual notice of such inaccuracies;

11

b) failing to conduct a lawful reinvestigation; by failing to forward all relevant information to American Honda Finance;

c) failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; and

d) relying upon verification from a source it has reason to know is unreliable.

87. The inaccurate information that A.H.F. provided to Experian is a substantial factor in the deterioration of the Plaintiffs' credit score.

**COUNT V**
**BREACH OF CONTRACT**
**AGAINST AMERICAN HONDA FINANCE CORPORATION**

88. Plaintiff incorporates paragraphs one through fifty-nine herein as if fully rewritten.

89. A.H.F. is in breach of contract in terms of purchase agreement.

90. As a direct result of these acts by the defendant, the Plaintiffs have been damaged in an amount to be determined at trial.

**COUNT VI**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**AGAINST AMERICAN HONDA FINANCE CORPORATION**

91. The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

92. A.H.F. intended to cause emotional distress or knew or should have known that their actions, in an attempt to collect finance charges not owed by the Plaintiffs, would result in the Plaintiffs suffering serious emotional distress.

93.     A.H.F. proximately caused the Plaintiffs psychic injuries.  The Plaintiffs suffer from severe humiliation, distress and anxiety.  The loss of their financial well-being and good credit standing is the source of serious emotional distress.

94.     The mental anguish suffered by the Plaintiffs is serious.

## COUNT VII
## DEFAMATION
## AGAINST AMERICAN HONDA FINANCE CORPORATION AND LEXIS NEXIS

95.     The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

96.     A.H.F. and LexisNexis made false and defamatory statements about the Plaintiffs concerning the Account and a bankruptcy that was not theirs.

97.     The false statements made by A.H.F. claimed that the Plaintiffs owed financial charges on the Account that they did not owe and were delinquent on an account that they had made timely payments on every time they were billed and made regular and timely payments on after they stopped receiving bills.

98.     The false statements made by A.H.F. and LexisNexis claimed that Plaintiffs filed a bankruptcy that they did not file.

99.     A.H.F. published these false statements to the credit reporting agencies.

100.    LexisNexis published false statements to A.H.F.

101.    The Plaintiffs were injured as a direct and proximate result of the actions of A.H.F. and LexisNexis.

102.    A.H.F. and LexisNexis acted with actual malice in their continued attempts to collect a finance charge that was not owed to them.

103.    A.H.F.'s and LexisNexis's actions were in reckless disregard for the truth or falsity of the publication.

104.    The false statements were made by A.H.F. and LexisNexis with knowledge of their falsity and/or with reckless disregard for whether they were true or false.

## COUNT VIII
## INVASION OF PRIVACY
## AGAINST AMERICAN HONDA FINANCE CORPORATION AND LEXISNEXIS

105.    The Plaintiffs re-allege and incorporate by reference the allegations set forth above.

106.    A.H.F. and LexisNexis invaded the privacy of the Plaintiffs by unreasonably intruding upon their seclusion.

107.    A.H.F. and LexisNexis invaded the privacy of the Plaintiffs by unreasonably publicizing false information regarding the Plaintiffs' private lives.

108.    A.H.F. and LexisNexis invaded the privacy of the Plaintiffs by unreasonably placing the Plaintiffs in a false light before the public by furnishing the false information to the credit reporting agencies.

109.    A.H.F. and LexisNexis invaded the right to privacy of the Plaintiffs and are subject to liability for the emotional and financial harm the Plaintiffs suffered as a direct and proximate result of their actions.

110.    The conduct of A.H.F. and LexisNexis was intentional, willful, and/or knowingly.

111.    The false statements were made by A.H.F. and LexisNexis with knowledge of their falsity and/or with reckless disregard for whether they were true or false.

**WHEREFORE**, Plaintiffs Vernon E. Hoot, Sr. and Lora L. Hoot respectfully request that judgment be entered against all Defendants herein for the following:

a.   Actual and compensatory Damages on all counts against all defendants;

b.   Statutory damages pursuant to the FCRA on all relevant counts against Experian and A.H.F.;

c.   Costs and reasonable attorney's fees pursuant to the FCRA;

d.   Punitive Damages on all relevant counts against all defendants; and

e.   For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Leslie O. Murray*
Leslie O. Murray (0081496)
Direct Dial: (419) 624-3010
Leslie@murrayandmurray.com
John T. Murray (0008793)
Direct Dial: (419) 624-3125
jotm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone No.  (419) 624-3000
Facsimile No.    (419) 624-0707

John Huffman (0039658)
Mickel & Huffman
520 Madison Ave., Suite 520
The Spitzer Building
Toledo, OH  43604-1351

*Attorneys for Plaintiffs*

## JURY DEMAND

Plaintiffs hereby demand trial by jury on any and all claims amenable hereto this 21st day of September, 2009.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2009, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie O. Murray
Leslie O. Murray (0081496)
John T. Murray (0008793)
MURRAY & MURRAY CO., L.P.A

*Attorneys for Plaintiffs*

HONDA
Financial Services

**MOTOR VEHICLE**
**RETAIL INSTALLMENT CONTRACT - CONSUMER CREDIT DOCUMENT**
**SIMPLE INTEREST**
**MICHIGAN**

Contract Date: AUGUST , 2005

Account Number: 72254627

Name (Primary Buyer): VERNON E HOOT

Name (Co-Buyer): LONG L HOOT

Dealer #: 258239

Name: CARRO MANAGEMENT II, INC DBA VICTORY HONDA

| NEW | 2005 | HONDA | 4 | CIVIC SEDAN | 2HGES16375H527694 | KEY-1,395 |

**AUTOMOBILE EQUIPMENT INCLUDED**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 6.60 % | $ 3477.85 | $ 16271.75 | $ 19749.60 | $ 23049.60 |

**YOUR PAYMENT SCHEDULE WILL BE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 72 | $274.30 | MONTHLY, BEGINNING SEPTEMBER 30th, 2005 |

**ITEMIZATION OF AMOUNT FINANCED**

| 1. Cash Price of the Instrument Sale Transaction | | |
|---|---|---|
| a. Taxable Cash, Fees, and Charges | | |
| i. Base Vehicle Cash Price | $ | 15602.31 |
| ii. Accessories and Installation Charges | $ | N/A |
| iii. Insurance Preparation Fee | $ | 170.00 |
| Total Taxable Cash, Fees, and Charges | $ | 16170.31 |
| b. Minimum Sales Tax | $ | 374.44 |
| c. Non-Taxable Amounts of Cash Price | | |
| i. Negative Equity Value of Trade-in | $ | N/A |
| (As included in item 2-Cash Payment) | | |
| ii. | $ | N/A |
| Total Non-Taxable Amounts of Cash Price | $ | N/A |
| TOTAL CASH PRICE OF THE INSTALLMENT SALE TRANSACTION | $ | 16546.75 |
| 2. Down Payment Made by the Buyer | | |
| a. Cash Paid by Buyer | $ | 300.00 |
| b. Trade-in of Motor Vehicle (for scheduled below) | $ | 0.00 |
| (If no equity value in trade-in, enter item 2a and 2b and 2cxxx) | | |
| 4. Negative Equity on the 'ADD' order item 1-Cash Price) | | |
| i. Gross Value of Trade-in | $ | 10411.77 |
| ii. Amount Owed on Trade-in and Paid to | | |
| AMERICAN HONDA | $ | 10411.77 |
| iii. Net Equity Value of Trade-in | $ | N/A |
| c. Other Trade-in | $ | N/A |
| TOTAL DOWNPAYMENT MADE BY THE BUYER | $ | 303.00 |
| 3. Unpaid Cash Price Balance (This is the difference between item 1-Cash Price and item 2-Down Payment) | $ | 16246.75 |
| 4. Insurance Premiums, etc. Paid to Others or Shown on Buyers Behalf | | |
| a. Optional Credit Insurance (As described below) | | |
| i. Credit Life | $ | N/A |
| ii. Credit Disability | $ | N/A |
| iii. Liability Insurance | $ | N/A |
| 5. Extended Warranty and Service Contracts | $ | N/A |
| TOTAL INSURANCE PREMIUMS, ETC. PAID | $ | N/A |
| 6. Other Costs Paid by Seller to Others on Buyers Behalf | | |
| a. Filing Fee Public Officials | $ | 15.00 |
| b. Application Fee (Public Officials) | $ | N/A |
| c. License Fee (Public Officials) | $ | 10.00 |
| d. Judgment Loan Insurance Fee (Public Officials) | $ | N/A |
| e. | $ | N/A |
| TOTAL OTHER COSTS PAID | $ | 25.69 |
| 7. Principal Amount Financed (This amount is the sum of item 3, item 4 except Cash Price, item 5 insurance, etc., and item 6 other Costs) | $ | 16271.75 |
| 8. Finance Charge | $ | 3477.85 |
| 9. Time Balance (This amount is the sum of Item 7-Principal Amount Financed and Item 8-Finance Charge) | $ | 19749.60 |

**WARNING: THE INSURANCE AFFORDED HEREUNDER DOES NOT COVER LIABILITY FOR INJURY TO PERSONS OR DAMAGE TO PROPERTY OF OTHERS UNLESS SO INDICATED HEREON.**

**NOTICE TO BUYER**

DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO 1 TRUE COPY OF THE CONTRACT YOU SIGN WITHOUT CHARGE. KEEP IT TO PROTECT YOUR LEGAL RIGHTS.

Buyer's Signature _____ Date 08/31/2005
Buyer's Signature _____ Date 08/31/2005

SELLER/CREDITOR
Dealer's Signature _____ Date 8/31/05

BUYER: By your signature below, you acknowledge that you have read and understand both sides of the Contract, which was completely filled in prior to your execution hereof, and have received a fully executed copy thereof. You also acknowledge receipt of the Vehicle described above in good condition.

Buyer's Signature _____ Date 08/31/2005
Buyer's Signature _____ Date 08/31/2005

AHFC DUPLICATE          AMERICAN HONDA FINANCE CORPORATION

Co-Signer's Signature _____

**EXHIBIT**
**1**

C-HOT00001

C-HOT00002

# Receipt for RD-108 Dealer Transaction

73354337

**APPLICATION FOR MICHIGAN
TITLE AND REGISTRATION**

Dealer

VICTORY HONDA

Address

1605 NORTH MONROE ST

City

MONROE                    MI 48162

Dealer License No.

A2291

Odometer

A = Actual mileage

B = Not actual mileage

C = Exceeds mechanical limits of odometer

Transaction Type:

INTRANSIT TITLE ONLY

| Validation: |
|---|
| 09082005 L2 S251 115 0178    355.63 |
| 115S2510178 |
| *INTRANSIT PERMIT ONLY-NO TITLE ISSUED* |

| Plate No. | Expires on | Months |
|---|---|---|
| 265381A | 09/22/2005 | |

| Year | Make | Body Style | Code | County |
|---|---|---|---|---|
| 2005 | HONDA | 4 DOOR | 50 % | |

| Vehicle No. | Fee Cat. or Wt. | License Fee |
|---|---|---|
| 2HGES16395H627694 | 000D14 | 0.00 |

Driver License No./PIDs of All Owners/Lessees

| | |
|---|---|
| Title | 10.00 |
| Title Late Fee | 0.00 |
| Tax | 345.63 |
| Transfer Fee | 0.00 |
| Total | 355.63 |

Complete Name(s) and Address(es) of All Owners or Lessors

VERNON E HOOT AND LORA L HOOT

Complete Name(s) and Address(es) of Lessees

Full Rights to
Survivor

N

First Secured Interest

VEHICLE MAY BE SUBJECT TO LIEN
- REFER TO RD108

Filing Date

Second Secured Interest

NONE

Filing Date

Purchase Price of Vehicle

16172.31

**EXHIBIT**

2

TOTAL P.08

Payment History

| Date | Date | Description | Item | Amount | Amount | Total | Bank |
|---|---|---|---|---|---|---|---|
| | | | Interest | $99.29 | $0.00 | | |
| | | | Principal | $175.01 | $0.00 | | |
| | | | | | | $274.30 | Wachovia-Dallas |
| 12/10/2005 | 12/30/2005 | INVOICE | Interest | $107.81 | $0.00 | | |
| | | | Principal | $166.49 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | |
| 11/22/2005 | 11/22/2005 | REGULAR PAYMENT | Interest | $80.43 | $0.00 | | |
| | | | Principal | $193.87 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | Wachovia-Dallas |
| 11/10/2005 | 11/30/2005 | INVOICE | Interest | $103.40 | $0.00 | | |
| | | | Principal | $170.90 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | |
| 10/25/2005 | ?/?/? | REGULAR PAYMENT | Interest | $81.39 | $0.00 | | |
| | | | Principal | $192.91 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | Wachovia-Dallas |
| 10/10/2005 | 10/30/2005 | INVOICE | Interest | $95.93 | $0.00 | | |
| | | | Principal | $178.37 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | |
| 09/27/2005 | ?/?/? | REGULAR PAYMENT | Interest | $88.26 | $0.00 | | |
| | | | Principal | $186.04 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | Wachovia-Dallas |
| 09/10/2005 | 09/30/2005 | INVOICE | Interest | $79.44 | $0.00 | | |
| | | | Principal | $194.86 | $0.00 | | |
| | | | Total Past Due | $0.00 | $0.00 | | |
| | | | Total Due | $274.30 | $0.00 | $274.30 | |
| 08/31/2005 | 08/09/2005 | LOAN FUNDING | Principal | $16,271.75 | $0.00 | $16,271.75 | |
| | | | Total Due | $0.00 | $0.00 | | |

file://C:\Documents and Settings\susana alvarez\Local Settings\Temporary Internet Files\c266a9-5391-44ad-9ee8-339d39e3c9fb.htm

C-HOT00028

CASS - Payment History

| Date | Date | Date | Type | Item | Amount | Amount | Amount | Bank |
|---|---|---|---|---|---|---|---|---|
| 04/25/2006 | 04/25/2006 | ?/?/? | REGULAR PAYMENT | Total Due | $274.30 | $0.00 | $274.30 | Wachovia-Dallas |
| | | | | Interest | $75.66 | $0.00 | | |
| | | | | Principal | $198.64 | $0.00 | | |
| 04/10/2006 | 04/10/2006 | 04/30/2006 | INVOICE | Interest | $89.17 | $0.00 | $274.30 | |
| | | | | Principal | $185.13 | $0.00 | | |
| | | | | Total Past Due | $0.00 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 03/28/2006 | 03/28/2006 | ?/?/? | REGULAR PAYMENT | Interest | $92.99 | $0.00 | $274.30 | Wachovia-Dallas |
| | | | | Principal | $181.31 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 03/10/2006 | 03/10/2006 | 03/30/2006 | INVOICE | Interest | $98.46 | $0.00 | $274.30 | |
| | | | | Principal | $175.84 | $0.00 | | |
| | | | | Total Past Due | $0.00 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 02/22/2006 | 02/22/2006 | ?/?/? | REGULAR PAYMENT | Interest | $80.33 | $0.00 | $274.30 | Wachovia-Dallas |
| | | | | Principal | $193.97 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 02/08/2006 | 02/08/2006 | 02/28/2006 | INVOICE | Interest | $96.95 | $0.00 | $274.30 | |
| | | | | Principal | $177.35 | $0.00 | | |
| | | | | Total Past Due | $0.00 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 01/24/2006 | 01/24/2006 | ?/?/? | REGULAR PAYMENT | Interest | $78.56 | $0.00 | $274.30 | Wachovia-Dallas |
| | | | | Principal | $195.74 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 01/10/2006 | 01/10/2006 | 01/30/2006 | INVOICE | Interest | $95.39 | $0.00 | $274.30 | |
| | | | | Principal | $178.91 | $0.00 | | |
| | | | | Total Past Due | $0.00 | $0.00 | | |
| | | | | Total Due | $274.30 | $0.00 | | |
| 12/27/2005 | 12/27/2005 | ?/?/? | REGULAR PAYMENT | Total Due | $0.00 | $0.00 | $274.30 | Wachovia-Dallas |

CASS - Payment History

| Date 1 | Date 2 | Date 3 | Description | Category | Amount | | | | Institution |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2008 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Total Past Due | $274.30 | $0.00 | | | |
| | | | | Total Due | $548.60 | $0.00 | | | |
| 08/01/2008 | 08/01/2008 | ?/?/? | REGULAR PAYMENT | Late Charges | $13.72 | $0.00 | $274.30 | $13.72 | Wachovia-Langhorne |
| | | | | Interest | $92.65 | $0.00 | | | |
| 07/10/2006 | 07/10/2006 | 07/30/2006 | INVOICE | Principal | $181.65 | $0.00 | | | |
| | | | | Interest | $79.41 | $0.00 | $548.60 | | |
| | | | | Principal | $194.89 | $0.00 | | | |
| 07/11/2006 | 07/10/2006 | ?/?/? | FEE ASSESSMENT | Total Current Due | $274.30 | $0.00 | | | |
| | | | | Interest | $7.94 | $0.00 | | | |
| | | | | Principal | $266.36 | $0.00 | | | |
| 06/27/2006 | 06/27/2006 | ?/?/? | REGULAR PAYMENT | Total Past Due | $274.30 | $0.00 | | | |
| | | | | Total Due | $548.60 | $0.00 | | | |
| | | | | Late Charges | $13.72 | $0.00 | $274.30 | | Wachovia-Langhorne |
| | | | | Interest | $167.98 | $0.00 | | | |
| 06/10/2006 | 06/10/2006 | 06/30/2006 | INVOICE | Principal | $106.32 | $0.00 | $548.60 | | |
| | | | | Interest | $82.66 | $0.00 | | | |
| | | | | Principal | $191.64 | $0.00 | | | |
| | | | | Total Current Due | $274.30 | $0.00 | | | |
| | | | | Interest | $93.32 | $0.00 | | | |
| | | | | Principal | $180.98 | $0.00 | | | |
| 06/09/2008 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Total Due | $548.60 | $0.00 | | | |
| | | | | Total Past Due | $274.30 | $0.00 | | | |
| 05/10/2006 | 05/10/2006 | 05/30/2006 | INVOICE | Late Charges | $13.72 | $0.00 | $274.30 | $13.72 | |
| 05/12/2006 | | | | Interest | $93.32 | $0.00 | | | |
| | | | | Principal | $180.98 | $0.00 | | | |
| | | | | Total Past Due | $0.00 | $0.00 | | | |

C-HOT00026

Cross - Payment History

| Date | Date | Date | Type | Field | Amount | Amount | Amount | Location |
|---|---|---|---|---|---|---|---|---|
| 10/31/2006 | 10/31/2006 | ?/?/? | REGULAR PAYMENT | Interest | $124.20 | $0.00 | $274.30 | Wachovia-Langhorne |
| | | | | Principal | $150.10 | $0.00 | $548.60 | |
| 10/10/2006 | 10/10/2006 | 10/30/2006 | INVOICE | Interest | $76.04 | $0.00 | | |
| | | | | Principal | $198.26 | $0.00 | | |
| | | | | Total Current Due | $274.30 | $0.00 | | |
| | | | | Interest | $45.63 | $0.00 | | |
| | | | | Principal | $228.67 | $0.00 | | |
| | | | | Total Past Due | $274.30 | $0.00 | | |
| 10/10/2006 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Total Due | $548.60 | $0.00 | | |
| | | | | Late Charges | $13.72 | $0.00 | $13.72 | |
| 09/12/2006 | 09/12/2006 | ?/?/? | REGULAR PAYMENT | Interest | $54.07 | $0.00 | $274.30 | Wachovia-Langhorne |
| | | | | Principal | $220.23 | $0.00 | | |
| 09/10/2006 | 09/10/2006 | 09/30/2006 | INVOICE | Interest | $79.81 | $0.00 | | |
| | | | | Principal | $194.49 | $0.00 | | |
| | | | | Total Current Due | $274.30 | $0.00 | $548.60 | |
| | | | | Interest | $20.60 | $0.00 | | |
| | | | | Principal | $253.70 | $0.00 | | |
| | | | | Total Past Due | $274.30 | $0.00 | | |
| 09/09/2006 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Total Due | $548.60 | $0.00 | | |
| | | | | Late Charges | $13.72 | $0.00 | $13.72 | |
| 08/22/2006 | 08/22/2006 | ?/?/? | REGULAR PAYMENT | Interest | $54.89 | $0.00 | $274.30 | Wachovia-Langhorne |
| | | | | Principal | $219.41 | $0.00 | | |
| 08/10/2006 | 08/10/2006 | 08/30/2006 | INVOICE | Interest | $75.81 | $0.00 | | |
| | | | | Principal | $198.49 | $0.00 | | |
| | | | | Total Current Due | $274.30 | $0.00 | $548.60 | |
| | | | | Principal | $274.30 | $0.00 | | |

C-HOT00025

CASS - Payment History

| Date | Date | Date | Type | Item | | | |
|---|---|---|---|---|---|---|---|
| 01/10/2007 | 01/10/2007 | 01/30/2007 | INVOICE | Interest | $53.67 | $0.00 | $548.60 |
| | | | | Principal | $220.63 | $0.00 | |
| | | | | Total Current Due | $274.30 | $0.00 | |
| | | | | Total Past Due | $274.30 | $0.00 | |
| | | | | Total Due | $548.60 | $0.00 | |
| 01/09/2007 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Total Due | $548.60 | $0.00 | $13.72 |
| | | | | Late Charges | $13.72 | $0.00 | |
| 01/08/2007 | 01/08/2007 | ?/?/? | REGULAR PAYMENT | Late Charges | $13.72 | $0.00 | $274.30 Wachovia-Langhorne |
| | | | | Interest | | $0.00 | |
| | | | | Principal | $155.86 | $0.00 | |
| | | | | Total Current Due | $118.44 | $0.00 | |
| 12/11/2006 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Principal | $155.86 | $0.00 | $13.72 |
| | | | | Late Charges | $13.72 | $0.00 | |
| 12/10/2006 | 12/10/2006 | 12/30/2006 | INVOICE | Late Charges | | $0.00 | $548.60 |
| | | | | Interest | $74.02 | $0.00 | |
| | | | | Principal | $200.28 | $0.00 | |
| | | | | Total Current Due | $274.30 | $0.00 | |
| | | | | Interest | $22.21 | $0.00 | |
| | | | | Principal | $252.09 | $0.00 | |
| | | | | Total Past Due | $274.30 | $0.00 | |
| | | | | Total Due | $548.60 | $0.00 | |
| 11/21/2006 | 11/21/2006 | ?/?/? | REGULAR PAYMENT | Total Due | $548.60 | $0.00 | $274.30 Wachovia-Langhorne |
| | | | | Total Past Due | $274.30 | $0.00 | |
| | | | | Interest | $52.66 | $0.00 | |
| | | | | Principal | $221.64 | $0.00 | |
| 11/02/2006 | 11/10/2006 | 11/30/2006 | INVOICE | Principal | | $0.00 | $548.60 |
| | | | | Interest | $75.23 | $0.00 | |
| | | | | Principal | $199.07 | $0.00 | |
| 11/09/2006 | 03/30/2007 | ?/?/? | FEE ASSESSMENT | Late Charges | $13.72 | $0.00 | $13.72 |

file://C:\Documents and Settings\susana alvarez\Local Settings\Temporary Internet Files\1c266af9-5391-44ad-9ce8-339b39c369fb.html

C-HOT00024

CASS - Payment History

| Date | Date | Description | Item | Amount | Amount | Amount |
|---|---|---|---|---|---|---|
| | | | Total Current Due | $288.02 | $0.00 | |
| | | | Principal | $524.88 | $0.00 | |
| | | | Late Charges | $137.20 | $0.00 | |
| | | | Interest | $23.72 | $0.00 | |
| | | | Total Past Due | $685.80 | $0.00 | |
| 04/09/2007 | ?/?/? | FEE ASSESSMENT | Total Due | $973.82 | $0.00 | |
| 03/20/2007 | ?/?/? | REGULAR PAYMENT | Late Charges | $13.72 | $0.00 | $13.72 |
| | | | Interest | $84.19 | $0.00 | $274.30 Wachovia-Langhorne |
| | | | Principal | $190.11 | $0.00 | |
| J31/02007 | 03/10/2007 | INVOICE | Interest | $72.17 | $0.00 | |
| | | | Interest | $0.00 | $822.90 | |
| | | | Principal | $202.13 | $0.00 | |
| | | | Total Current Due | $274.30 | $0.00 | |
| 02/13/2007 | ?/?/? | | Principal | $512.52 | $0.00 | |
| | | | Interest | $36.08 | $0.00 | |
| | | | Total Past Due | $548.60 | $0.00 | |
| 03/10/2007 | 03/30/2007 | FEE ASSESSMENT | Total Due | $822.90 | $0.00 | |
| | | | Late Charges | $13.72 | $0.00 | $13.72 |
| 02/13/2007 | ?/?/? | REGULAR PAYMENT | Interest | $87.82 | $0.00 | |
| | | | Principal | $186.48 | $0.00 | |
| | | | Total Current Due | $274.30 | $0.00 | |
| '/09/2007 | 03/30/2007 | FEE ASSESSMENT | Principal | $494.93 | $0.00 | |
| | | | Interest | $53.67 | $0.00 | |
| | | | Total Past Due | $548.60 | $0.00 | |
| 02/08/2007 | 02/28/2007 | INVOICE | Late Charges | $13.72 | $0.00 | $13.72 |
| | | | Interest | $70.74 | $0.00 | |
| | | | Principal | $203.56 | $0.00 | |
| | | | Total Current Due | $274.30 | $0.00 | |
| | | | Total Due | $822.90 | $0.00 | $822.90 |

C-HOT00023

Cr0ss - Payment History

Page 1

| Effective Date | Posted Date | Due Date | Transaction Type | Financial Type | Amount | Sales Tax | Total | Source | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2007 | 05/21/2007 | ?/?/? | CLOSING ADJ ASSESSED AMT | Late Charges | $2.34 | $0.00 | $2.34 | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | DEALER RESERVE REBATE | Dealer Participation | | $0.00 | $105.94 | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | DECREASE CYC CURR UNERN | Dealer Participation | | $0.00 | | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | DECR CURR UNERN, NO REB | Dealer Participation | $1.30 | $0.00 | $1.30 | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | DECREASE CYC CURR UNERN | Dealer Participation | $104.64 | $0.00 | $104.64 | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | DECR CURR UNERN, NO REB | Initial Direct Cost | $12,936.57 | $0.00 | $13,147.99 | Wholesale Lockbox | |
| 0?/?/2007 | 05/21/2007 | ?/?/? | | Initial Direct Cost | $5.23 | $0.00 | $5.23 | | |
| 05/21/2007 | 05/21/2007 | ?/?/? | REGULAR PAYMENT | Principal | $162.30 | $0.00 | $0.10 | | |
| | | | | Late Charges | $49.12 | $0.00 | | | |
| | | | | Interest | $70.17 | $0.00 | | | |
| | | | | Interest | $204.13 | $0.00 | | | |
| 05/10/2007 | 05/10/2007 | 05/30/2007 | INVOICE | Late Charges | $13.72 | $0.00 | $987.54 | | |
| | | | | Principal | $288.02 | $0.00 | | | |
| | | | | Total Current Due | $548.60 | $0.00 | | | |
| | | | | Late Charges | $160.92 | $0.00 | | | |
| | | | | Total Past Due | $699.52 | $0.00 | | | |
| | | | | Total Due | $987.54 | $0.00 | $13.72 | | |
| 05/10/2007 | 05/10/2007 | ?/?/? | FEE ASSESSMENT | Late Charges | $13.72 | $0.00 | | | |
| 04/30/2007 | 04/30/2007 | ?/?/? | REGULAR PAYMENT | Interest | $97.23 | $0.00 | $274.30 | Wachovia-Dallas | |
| | | | | Principal | $177.07 | $0.00 | | | |
| 04/10/2007 | 04/10/2007 | 04/30/2007 | INVOICE | Interest | $73.51 | $0.00 | | | |
| | | | | Principal | $200.79 | $0.00 | $973.82 | | |
| | | | | Late Charges | $13.72 | $0.00 | $0.00 | | |

file:///C:\Documents and Settings\susana alvarez\Local Settings\Temporary Internet Files\1c266af9-5391-44ad-9ee8-339b39e3c9fb.htm

C-HOT00022

## Check Activity (-)

Account:

| Check # | Amount | Date Paid | Check # | Amount | Date Paid |
|---------|--------|-----------|---------|--------|-----------|
| 5744 | 20.95 | 12/19 | 5759* | 13.00 | 12/28 |
| 5745 | 14.03 | 12/16 | 5760 | 170.00 | 12/30 |
| 5746 | 270.00 | 12/16 | 5761 | 376.40 | 01/04 |
| 5747 | 40.08 | 12/20 | 5762 | 31.95 | 01/04 |
| 5748 | 50.00 | 12/29 | 5763 | 514.48 | 01/04 |
| 5753* | 78.48 | 12/28 | 5764 | 10.65 | 01/05 |
| 5755* | 270.00 | 12/23 | 5765 | 75.00 | 01/05 |
| 5756 | 123.00 | 12/27 | 5767* | 200.00 | 01/13 |
| 5757 | 200.97 | 12/28 | 5774S* | 405.11 | 01/17 |

(S) Indicates this check was converted to a Substitute Check.
(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

## Other Withdrawal / Debit Activity (-)

Account:

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ██████████████████████ | ████ |
| ████ | ██████████████████████ | ████ |
| ████ | ██████████████ | ████ |
| 12/28 | AMERICA HONDA DA CHECK PYMT 051227 5754 | 274.30 |
| ████ | ████████████ | ████ |
| ████ | ██████████████████ | ████ |

## Huntington Club Balance Activity

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/15 | 5.00- | 12/23 | 685.76 | 01/04 | 0.00 |
| 12/16 | 288.66 | 12/27 | 562.76 | 01/05 | 0.00 |
| 12/19 | 242.84 | 12/28 | 266.01 | 01/09 | 0.00 |
| 12/20 | 202.76 | 12/29 | 216.01 | 01/13 | 623.27 |
| 12/21 | 485.76 | 12/30 | 670.56 | 01/17 | 140.16 |
| 12/22 | 185.76 | 01/03 | 770.56 | | |



EXHIBIT

tabbies®

3



(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement.

## *Other Withdrawal / Debit Activity (-)*

Account:

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████ | ███ |
| | ████████████████████ | ███ |
| | ██████████████ | ███ |
| 03/29 | AMERICA HONDA DA CHECK PYMT 060328 5855 | |
| | | 274.30 |
| ███ | ████████████████████████ | ███ |
| | ██████████████ | ███ |

## *Huntington Club Balance Activity*

Account:

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/15 | 539.09 | 03/24 | 311.65 | 04/07 | |
| 03/16 | 458.09 | 03/28 | 231.59 | 04/10 | 1,055.44 |
| 03/17 | 628.78 | 03/29 | 0.00 | 04/11 | 32.96 |
| 03/20 | 121.78 | 03/30 | 0.00 | 04/12 | 0.00 |
| 03/21 | 16.78 | 04/03 | 724.66 | 04/14 | 0.00 |
| 03/22 | 0.00 | 04/05 | 359.04 | | 5.00- |





# experian™

| Prepared for | Report date | |
|---|---|---|
| VERNON E HOOT | August 15, 2007 | |
| **Report number** | www.experian.com/disputes | |
| ▬▬▬▬▬ | Call 1 800 509 8495 | **Page 2 of 14** |

**Report date**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. Paid tax liens may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | Identification number | Date filed | Responsibility | Claim amount | |
|---|---|---|---|---|---|
| **US BKPT CT OH TOLEDO** | ▬▬▬▬▬ | Oct 2001 | Joint | $0 | Status: Chapter 7 bankruptcy |
| 1716 SPIELBUSCH AVE | | Date resolved | | Liability amount | discharged. This item is scheduled to |
| TOLEDO OH 43604 | | Feb 2002 | | $0 | continue on record until Oct 2011. |
| *No phone number available* | | | | | |

### Credit items

| | Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|---|
| **AMERICAN HONDA FINANCE** | Aug 2005 | Mar 2007 | Installment | Joint | $16,271 | NA | Status: Petition for Chapter 13 Bankruptcy/Past due 30 days. |
| 2170 POINT BLVD STE 100 | Reported since | Last reported | Terms | | High balance | | Account number |
| ELGIN IL 60123 | Sep 2005 | May 2007 | 72 Months | | NA | | Filed Chapter 13 Bankruptcy on Mar 31, 2007 |
| *No phone number available* | | | Monthly payment | | | | |
| **Partial account number** | | | NA | | | | |

| | Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|---|
| **CAP ONE BK** | Feb 2004 | Aug 2007 | Revolving | Individual | $5,408 as of Aug 2007. | $5,408 as of Aug 2007 | Status: Open/Past due 120 days. $722 past due as of Aug 2007. |
| PO BOX 85015 | Reported since | Last reported | Terms | | High balance | Recent Payment | Account history: |
| RICHMOND VA 23285 | Feb 2004 | Aug 2007 | NA | | $5,408 | $229 | 120 days as of Aug 2007 |
| (800) 903-3637 | | | Monthly payment | | | | 90 days as of Jul 2007 |
| **Partial account number** | | | $162 | | | | 60 days as of Jun 2007 |
| | | | | | | | 30 days as of May 2007 |
| | | | | | | | As of Feb 2014, this account is scheduled to go to a positive status. |

*See History of account balances for additional information.*



**⠿ Experian™**
A world of insight

**Prepared for**
VERNON E HOOT

**Report number**
███████████

**Report date**
April 30, 2008
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 18**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public records

### US BKPT CT OH TOLEDO
1716 SPIELBUSCH AVE
TOLEDO OH 43604
*No phone number available*

| | Identification number: ███████ |
|---|---|

| Date filed | Date resolved | Claim amount | Liability amount |
|---|---|---|---|
| Oct 2001 | Feb 2002 | $0 | $0 |

Responsibility: Joint

Status: Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until Oct 2011.
Address identification number:
93113584

## Credit items

### AMERICAN HONDA FINANCE
2170 POINT BLVD STE 100
ELGIN IL 60123
*No phone number available*
***Partial account number*** ██████

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | High balance | Recent balance |
|---|---|---|---|---|---|---|
| Aug 2005 | Apr 2008 | Installment | Joint | $16,271 | NA | NA |

Reported since: Sep 2005
Last reported: Apr 2008
Terms: 72 Months
Monthly payment: NA

Status: Paid. Closed/Past due 30 days.
Account history:
30 days as of Jan 2007 to May 2007,
Oct 2006, Aug 2006
This item was verified and updated on
Apr 2008.
Address identification number:
93113584

### CAP ONE
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*
***Partial account number*** ██████

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | High balance | Recent balance |
|---|---|---|---|---|---|---|
| Feb 2004 | Nov 2007 | Revolving | Individual | $6,414 | $6,414 | $6,414 as of Apr 2008 |

Reported since: Feb 2004
Last reported: Apr 2008
Terms: NA
Monthly payment: NA

Status: Account charged off/Past due 150 days. $5,754 written off. $6,414 past due as of Apr 2008.
Account history:
Charge Off as of Apr 2008, Mar 2008,
Feb 2008, Jan 2008, Nov 2007
150 days as of Sep 2007
120 days as of Aug 2007
90 days as of Jul 2007
60 days as of Jun 2007
30 days as of May 2007
This account is scheduled to continue on record until Feb 2014.



:::: Experian™

A world of insight

**Prepared for**
VERNON E HOOT Sr

**Report number**

**Report date**
September 17, 2008
www.experian.com/disputes
Call 800 509 8495

**Page 4 of 16**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | | | | |
|---|---|---|---|---|
| **JS BKPT CT OH TOLEDO**<br>7716 SPIELBUSCH AVE<br>OLEDO OH 43604<br>*No phone number available* | *Identification number* | Date filed<br>Oct 2001<br>Date resolved<br>Feb 2002 | Responsibility<br>Joint | Claim amount<br>$0<br>Liability amount<br>$0 | Status: Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until Oct 2011.<br>Address identification number:<br>93113584 |

### Credit items

| | | | | | |
|---|---|---|---|---|---|
| **AMERICAN HONDA FINANCE**<br>2170 POINT BLVD STE 100<br>ELGIN IL 60123<br>*No phone number available*<br>*Partial account number* | Date opened<br>Aug 2005<br>Reported since<br>Sep 2005 | Date of status<br>Apr 2008<br>Last reported<br>Apr 2008 | Type<br>Installment<br>Terms<br>72 Months<br>Monthly payment<br>NA | Responsibility<br>Joint | Credit limit or original amount<br>$16,271<br>High balance<br>NA | Recent balance<br>NA | Status: Paid/Closed/Past due 30 days.<br>Account history:<br>30 days as of Jan 2007 to May 2007,<br>Oct 2006, Aug 2006<br>This item was verified and updated on Apr 2008.<br>Address identification number:<br>93113584 |

| | | | | | |
|---|---|---|---|---|---|
| **CAP ONE**<br>BOX 30281<br>SALT LAKE CITY UT 84130<br>*No phone number available*<br>*Partial account number* | Date opened<br>Feb 2004<br>Reported since<br>Feb 2004 | Date of status<br>Nov 2007<br>Last reported<br>Sep 2008 | Type<br>Revolving<br>Terms<br>NA<br>Monthly payment<br>NA | Responsibility<br>Individual | Credit limit or original amount<br>$7,198<br>High balance<br>$7,198 | Recent balance<br>$7,198 as of Sep 2008.<br>past due as of Sep 2008. | Status: Account charged off/Past due 150 days. $5,754 written off. $7,198 past due as of Sep 2008.<br>Account history:<br>Charge Off as of Sep 2008, Aug 2008, Jul 2008, Jun 2008, May 2008, Apr 2008, Mar 2008, Feb 2008, Jan 2008, Nov 2007<br>150 days as of Sep 2007<br>120 days as of Aug 2007<br>90 days as of Jul 2007<br>60 days as of Jun 2007<br>30 days as of May 2007 |

# EQUIFAX

## CREDIT FILE : September 18, 2008

**Confirmation #**

( Continued On Next Page )

### Personal Identification Information *(This section includes your name, current and previous addresses, and any other identifying information reported by you creditors.)*

Name On File: Vernon E Hoot

Social Security #

Current Address:

Previous Address(es):

Last Reported Employment: Driver; Roy Dorris;

Previous Employment(s): Driver; Value Express;

Abl Movers;

Date of Birth

### Public Record Information *(This section includes public record items obtained from local, state and federal courts.)*

Bankruptcy Filed 10/2001; Northern District of OH; Case or ID # - 0136336; Type - Personal; Filer - Joint; Current Disposition - Discharged CH-7; Current Disposition Date 02/01/2002;

Address: 1716 SPIELBUSCH AVE STE 411 TOLEDO, OH 43604-5347 ; (419) 259-6440

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by X. This section includes open and closed accounts reported by credit grantor.)*

### Account Column Title Descriptions:

| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
|---|---|
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Scheduled Time Between Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Number of Installments or Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Description - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - The Month and Year of the Last Account Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| | Date Closed - The Date the Account was Closed |

| Account History Status Code Descriptions | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

### Please address all future correspondence to:

www.investigate.equifax.com

 

Equifax Information Services LLC
PO Box 105285
Atlanta GA 30348

(800) 291-7773
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regardi specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

826203036021-00004M39-1199-2110-BS

( Continued On Next Page )

## American General Finance
5950 Airport Hwy, Ste 1, Toledo OH 43615-7262

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
| | 12/2007 | 08/2005 | $4,163 | | 45 Months | | 5 | | |
| Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr Del 1st Rptd | Charge Off Amount | Balloon Pymt Date |
| $3,720 | | 08/2008 | $147 | $132 | | 08/2008 | | | Date Closed |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Note Loan; Whose Account - Individual Account;

## American Honda Finance
210 Point Blvd Ste 10 Elgin IL 60123-7875 (800) 542-8028

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
| | 07/2008 | 08/2005 | $16,271 | | 72 Months | Monthly | 30 | Paid and Closed | |
| Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr Del 1st Rptd | Charge Off Amount | Balloon Pymt Date |
| $0 | | 09/2005 | | $274 | 03/2006 | 09/2005 | | | Date Closed 09/2005 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto;

## Capital One Bank USA Na
PO Box 30281 Salt Lake City UT 84130-0281

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
| | 05/2004 | 02/2004 | $13,324 | $4,500 | 60 Months | Monthly | 55 | Closed | |
| Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr Del 1st Rptd | Charge Off Amount | Balloon Pymt Date |
| $0 | | 05/2007 | | $260 | 03/2007 | 11/2007 | | $5,745 | Date Closed 05/2007 |

Current Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

**Account History**

| | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account History | | | | | | | | | 5 | 4 | 3 | 2 | 1 | |
| With Status Codes | L | L | L | L | L | L | L | L | L | | | | | |

## Cit Bank/Tnoverthur Int Direct MRTG
6250 Ridgewood Rd Saint Cloud MN 56303-0820 (800) 356-8247

| Account Number | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of | Date Reported | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
| | 09/2008 | 10/2007 | $4,163 | $250 | 45 Months | Monthly | 10 | | |
| Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr Del 1st Rptd | Charge Off Amount | Balloon Pymt Date |
| $21 | | 08/2008 | $25 | $5 | | 09/2008 | | | Date Closed |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

## Equity One
PO Box 350 Marlton NJ 08053-0350 (800) 461-4643

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| Items As of | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Description | Creditor Classification |
| | 12/2007 | $4,163 | | 45 Months | Monthly | 3 | Transfer/Sold/Paid | |
| Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr Del 1st Rptd | Charge Off Amount | Balloon Pymt Date |
| $0 | | 03/2008 | $4,072 | $132 | | 03/2008 | | | Date Closed 03/2008 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Closed or Paid Account/Zero Balance;

8262030609362Q2I-0006484439 - 1199 - 2110 - BS

File Number: ███████
Page: 1 of 8
Date Issued: 09/16/2008



## Personal Information

Name: VERNON E. HOOT SR.

You have been on our files since 05/1972

SSN: ███████
Date of Birth: ███████
Telephone: ███████
Your SSN is partially masked for your protection.

### CURRENT ADDRESS

Address: ███████
Date Reported: 12/2003

### PREVIOUS ADDRESS



Address: ███████
Date Reported: ███████
Address: ███████

## EMPLOYMENT DATA REPORTED

Employer Name: JACOBS TRANSPORTATION
Date Reported: 10/2006

Position:
Hired:

Employer Name: JB EXPRESS TRUCKING
Date Reported: 06/2004

Position: DRIVER
Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

**OHIO FEDERAL COURT-TOLED** Docket #: 136336
1716 SPIELBUSCH AV
TOLEDO, OH  43624
(419) 259-6440

Type: CHAPTER 7 BANKRUPTCY DISCHARGED
Court Type: FEDERAL DISTRICT
Date Paid: 02/2002
Assets: $0

Estimated date that this item will be removed: 09/2011

Date Filed: 10/2001
Responsibility: CONTRACTUALLY LIABLE DEBT
Plaintiff Attorney: MELISSA R BERGMAN
Liabilities: $0

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|----|----|----|----|----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

Consumer Credit Report for VERNON E. HOOT SR.

File Number: ▮▮▮▮▮
Page: 2 of 8
Date issued: 09/16/2008

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection.)

### AMERICAN HONDA FINANCE ▮▮▮▮▮
2170 POINT BLVD
STE 100
ELGIN, IL 60123-7885
(800) 542-6632

Loan Type: AUTOMOBILE
Remarks: CLOSED
›Maximum delinquency of 60 days occurred in  05/2007‹
Estimated date that this item will be removed: 02/2014

| Balance: | $0 |
| Date Updated: | 05/2007 |
| High Balance: | $16,271 |
| Terms: | 72 MONTHLY $274 |

| Pay Status: | ›60 DAYS PAST DUE‹ |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2005 |
| Date Closed: | 05/2007 |

| Late Payments (20 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 6 | 0 | 0 |

| Last 20 months | 30 | 30 | 30 | 30 | X | X | 30 | X | 30 | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | |

### CAPITAL ONE BANK USA NA ▮▮▮▮▮
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 02/2014

| Balance: | $7,198 |
| Date Updated: | 09/2008 |
| High Balance: | $5,745 |
| Credit Limit: | $4,500 |
| Past Due: | ›$7,198‹ |

| Pay Status: | ›CHARGED OFF AS BAD DEBT‹ |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 02/2004 |
| Date Closed: | 11/2007 |

### CITIZENS SAVINGS BANK ▮▮▮▮▮
132 E FRONT
PEMBERVILLE, OH 43450
(419) 287-3211

Loan Type: CREDIT CARD

| Balance: | $0 |
| Date Updated: | 01/2003 |
| High Balance: | $281 |
| Credit Limit: | $200 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 06/1998 |
| Date Paid: | 12/2002 |

| Late Payments (33 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 1 | 0 | 0 |

| Last 33 months | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| | dec | nov | oct | sep | aug | jul | jun | may | apr | | | | | | | | | | | | | | | |

### GREEN POINT ▮▮▮▮▮
10089 WILLOW CREEK RD
SAN DIEGO, CA 92131
Phone number not available

Loan Type: MANUFACTURED HOUSING
Remarks: ›CHAPTER 7 BANKRUPTCY‹
Estimated date that this item will be removed: 09/2009

| Balance: | $0 |
| Date Updated: | 01/2005 |
| High Balance: | $53,838 |
| Collateral: | SLDTO GREEN TREE SERVICING  LLC |
| Terms: | 240 MONTHLY $464 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 08/2000 |
| Date Closed: | 01/2005 |

| Late Payments (26 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 26 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 |
| | OK | OK | | | | | | | | | | | | | | | | | | | | | | |
| | dec | nov | | | | | | | | | | | | | | | | | | | | | | |

**Experian**
A world of insight

**Prepared for**
LORA HOOT
**Report number**

**Report date**
December 22, 2008
www.experian.com/disputes
Call 1 800 509 8495

**Page 2 of 14**

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**US BKPT CT OH TOLEDO**
1716 SPIELBUSCH AVE
TOLEDO OH 43604
*No phone number available*

| | |
|---|---|
| *Identification number* | *Date filed* Oct 2001 *Date resolved* Feb 2002 |
| | *Responsibility* Joint |
| | *Claim amount* $0 *Liability amount* $0 |
| | *Status:* Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until Oct 2011. *Address identification number:* 93113584 |

### Credit Items

**AMERICAN HONDA FINANCE**
2170 POINT BLVD STE 100
ELGIN IL 60123
*No phone number available*
**Partial account number**

| | |
|---|---|
| *Date opened* Aug 2005 *Reported since* Sep 2005 | *Date of status* Apr 2008 *Last reported* Apr 2008 |
| *Type* Installment *Terms* 72 Months *Monthly payment* NA | *Responsibility* Individual |
| *Credit limit or original amount* $16,271 *High balance* NA | *Recent balance* NA |
| *Status:* Paid,Closed/Past due 30 days. *Account history:* 30 days as of Jan 2007 to May 2007, Oct 2006, Aug 2006 *Address identification number:* 93113584 |

**CAP ONE**
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*
**Partial account number**

| | |
|---|---|
| *Date opened* May 2003 *Reported since* May 2003 | *Date of status* Oct 2007 *Last reported* Dec 2008 |
| *Type* Revolving *Terms* NA *Monthly payment* NA | *Responsibility* Individual |
| *Credit limit or original amount* NA *High balance* $8,382 | *Recent balance* $8,382 as of Dec 2008 |
| *Status:* Account charged off/Past due 150 days. $6,338 written off. $8,382 past due as of Dec 2008. *Account history:* Charge Off as of Dec 2008, Nov 2008, Oct 2008, Sep 2008, Aug 20..., Jul 2008, Jun 2008, May 2008, Apr 2008, Mar 2008, Feb 2008, Jan 2008, Nov 2007, Oct 2007 150 days as of Sep 2007 120 days as of Aug 2007 90 days as of Jul 2007 60 days as of Jun 2007 30 days as of May 2007 |

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

0008728046   I   776_00344_00200

This fax was received by e-mail routing. Remote Id 4192426866

Consumer Credit Report for LORA L. HOOT

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**AMERICAN HONDA FINANCE** ▮▮▮▮▮▮

2170 POINT BLVD
STE 10D
ELGIN, IL 60123-7885
(800) 542-6632

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 05/2007 |
| High Balance: | $16,271 |
| Terms: | 72 MONTHLY $274 |

| | |
|---|---|
| Pay Status: | >60 DAYS PAST DUE< |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2005 |
| Date Closed: | 05/2007 |

Loan Type: AUTOMOBILE
Remarks: CLOSED
>Maximum delinquency of 60 days occurred in 04/2007<
Estimated date that this item will be removed: 02/2014

| Late Payments (21 months) | 30 | 60 | 90+ | Last 21 months | 60 apr | 30 mar | 30 feb | 30 '07 | OK dec | 30 nov | OK oct | OK sep | 30 aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '06 | OK dec | OK nov | OK oct | OK sep | OK aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 1 | 0 | | | | | | | | | | | | | | | | | | | | | | |

**CAPITAL ONE BANK USA NA** ▮▮▮▮▮▮

POB 30281
SALT LAKE CITY, UT 84130-0281

| | |
|---|---|
| Balance: | $8,382 |
| Date Updated: | 12/2008 |

| | |
|---|---|
| Pay Status: | >CHARGED OFF AS BAD DEBT< |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

# From the Desk of Lora & Vernon Hoot, Sr.

▬▬▬▬▬▬▬▬▬▬

April 7, 2008

**via Certified US Mail**

Equifax Information Services, LLC     Experian Credit Data
P.O. Box 740341                       P.O. Box 2002
Atlanta, GA  30374                    Allen, TX  75013-0036

TransUnion, LLC
P.O. Box 1000
Chester, PA  19022

          Re:  Vernon Hoot, Sr.
               SSN:  ▬▬▬▬▬▬
               DOB:  ▬▬▬▬
               Credit Entry:  American Honda Finance - Bankruptcy
                              filed 3/31/07 by Vernon & Connie Hoot
                              Case No. 06-30855

Dear Sir or Madam:

Please be advised that we dispute the above debt.  This should
never have been listed in the Bankruptcy of my son.  Please
correct my credit report immediately.

                         Very truly yours,

                         Vernon Hoot

                         Vernon Hoot, Sr.

**EXHIBIT**

5

# From the Desk of Lora & Vernon Hoot, Sr.

October 22, 2008

Equifax Information Services, LLC
P.O. Box 105285
Atlanta, Georgia  30374

　　　　　　In re:　　Vernon E. Hoot Sr.

　　　　　　　　　　File

TO WHOM IT MAY CONCERN:

This is my second letter disputing the negative item from
American Honda Finance on my credit report.  I did not receive a
response from my first dispute sent on April 8, 2008.  Please
delete the negative item listed below immediately and inform me
that this has been accomplished.  The inaccurate information is
contained in my credit report, which I have obtained from your
company on September 16, 2008 with a File Number ▓▓▓▓▓▓▓▓.

I dispute the negative item on my credit report under American
Honda Finance with account number ▓▓▓▓▓▓▓.  I have enclosed a
copy of the credit reports with the account that should be
corrected circled.  Please correct this account on my credit
report and prevent the negative item from being reinserted at
any future date. This account was paid on time and in full.
American Honda Finance erroneously intervened in the Bankruptcy
proceedings of my son and included this account in my son's
bankruptcy.  My son has nothing to do with this account.  I had
nothing to do with my son's bankruptcy.  This error is wholly
the fault of American Honda Finance.  Please remove the negative
item immediately.

I have disputed this account directly with the furnisher on many
occasions.  I am currently in litigation over the negligent and
reckless actions by American Honda Finance.  I have enclosed
copies of the letters I sent to the furnisher or that were sent
on my behalf.  I request that you conduct a full investigation
on this account.  Again, I request that you delete this account
from my credit report immediately.  The account is erroneously
being reported as closed and past due.

EXHIBIT

6

Equifax Information Services, LLC
File ██████████
October 22, 2008
page two

My date of birth is ████████   I have enclosed a photo I.D. for
identification verification and security purposes.  I have also
enclosed a copy of my vehicle registration to prove my address.
My address for the past ten years is the same as my present
address, with the exception of a change in lot number from ███
█████.

My social security number is ████████████   This information
should be kept confidential and used only for the purposes of
the investigation I am requesting at this time.

Please investigate these matters and delete the disputed items
within the time frame required by the Fair Credit Reporting Act
(FCRA) and inform me in writing of the results.  Thank you for
your time and consideration, and for your prompt attention to
this matter.

Very truly yours,

Vernon E. Hoot Sr.

Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EQUIFAX INFORMATION
SERVICES, LLC
PO Box 105285
ATLANTA, GA 30348-
5285

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 05 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7000 1670 0008 8205 4343

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

This fax was received by e-mail routing. Remote Id 4192426866

TOTAL P.004