IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VERNON HOOT, SR., et al., | : | CASE NO. 3:09CV00330 |
| Plaintiffs, | : | (Judge James G. Carr) |
| v. | : | |
| AMERICAN HONDA FINANCE CORPORATION, et al., | : | **JOINT STIPULATION** |
| Defendants. | : | |

_____

Plaintiffs Vernon E. Hoot, Sr. and Lora L. Hoot and Defendant American Honda Finance Corporation ("AHF") stipulate and agree that the following shall be deemed to be true and admissible in the above-matter:

1. On or about April 24, 2006, LexisNexis Risk & Information Analytics Group Inc. ("LNRIAG") provided AHF with publicly available information relating to In re: Vernon E. Hoot, Jr. and Connie L. Hoot, Case No. 06-30855, where the bankruptcy petition was filed on April 21, 2006, in the United States Bankruptcy Court for the Northern District of Ohio ("Hoot Bankruptcy").

2. Attached as Exhibit 1 (which includes explanatory field headings) is the true, correct, and complete data set that LNRIAG transmitted to AHF on or about April 24, 2006, regarding the Hoot Bankr

AGREED TO:

*/s/ Leslie O. Murray*
Leslie O. Murray (0081496)
John T. Murray (0008793)
MURRAY & MURRAY
111 East Shoreline Drive
Sandusky, OH  44870
Telephone:  (419) 624-3000
Telecopier:  (419) 624-0707
Email:  leslie@murrayandmurray.com

*Attorneys for Plaintiffs*


*/s/ Marcel C. Duhamel*
Marcel C. Duhamel (0062171)
Heather M. Lutz (0082237)
VORYS, SATER, SEYMOUR & PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH  44114
Telephone:   (216) 479-6100
Telecopier:  (216) 479-6060
Email:  mcduhamel@vorys.com

*Attorneys for Defendant*
*American Honda Finance Corp.*

375868.2

> Motion granted.
> So Ordered.
>
> S/ James G. Carr
> Chief  Judge

2